No. 495, Misc. HOLLOWAY *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 497, Misc. BARNES *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 500, Misc. JACKSON *v.* MARTIN, WARDEN. Supreme Court of New York, Erie County. Certiorari denied.

No. 502, Misc. JONES *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 503, Misc. BARNETT *v.* COINER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 504, Misc. CAGE *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 506, Misc. LYONS *v.* NEW YORK. County Court of Kings County, New York. Certiorari denied.

No. 508, Misc. HOWARD *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 509, Misc. ASH *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 510, Misc. ECKERT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 511, Misc. SCHLETTE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 515, Misc. BROWN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.